**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOSEPH REAVES,                    :    No. 32 EAP 2021
                                  :
            Appellant             :    Appeal from the Order of the
                                  :    Commonwealth Court entered
                                  :    on October 6, 2021 at
      v.                          :    No. 127 MD 2019
                                  :
                                  :
PENNSYLVANIA STATE POLICE,        :
                                  :
            Appellee              :

## ORDER

**PER CURIAM**

     **AND NOW,** this 20th day of July, 2022, the order of the Commonwealth Court is **AFFIRMED**.